UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SYED HASAN,<br><br>　　　　　Plaintiff(s),<br>　　v.<br><br>WILLIAM GATES JR. ,<br><br>　　　　　Defendant(s). | CASE NO. C24-1912-KKE<br><br>ORDER TO SHOW CAUSE |

　　　This matter comes before the Court *sua sponte*. Plaintiff filed this action on November 14, 2024. Dkt. No. 1. On January 18, 2025, Plaintiff moved to recuse the undersigned from this case. Dkt. No. 6. The Court denied Plaintiff's motion. Dkt. No. 7. The Court then referred the recusal motion to Chief Judge David G. Estudillo for further review, as required by the Local Rules. *Id.* On March 11, 2025, Chief Judge Estudillo affirmed the denial of Plaintiff's motion for recusal. Dkt. No. 8.

　　　In its order denying recusal, the Court also explained that to proceed in this case, Plaintiff must timely serve Defendant and provide notice of this suit in accordance with Federal Rule of Civil Procedure 4. Dkt. No. 7 at 3. Under Rule 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff— must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Over 90 days have passed since Plaintiff initiated

ORDER to show cause - 1

this action, and Plaintiff has not filed a proper proof of service or shown good cause for the failure to serve.  The Court notes that Plaintiff's attached exhibit[1] to the recusal motion does not constitute proper proof of service under Rule 4(l).  Moreover, Defendant has not appeared in this action.

Accordingly, the Court ORDERS Plaintiff to show cause, no later than **April 23, 2025**, why this matter should not be dismissed without prejudice for failure to serve.  If Plaintiff does not timely respond to this order or if he fails to show good cause for failure to timely serve process, this action may be dismissed.

Dated this 10th day of April, 2025.

Kymberly K. Evanson
United States District Judge

---

[1] The attached exhibit consists of a copy of an email message sent to the email address "sims-wa@outlook.com", claiming that a processor came to Defendant's residence to "deliver court documents" and that she was turned away. Dkt. No. 6 at 4.

ORDER to show cause - 2