UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SYED HASAN,<br><br>     Plaintiff(s),<br><br> v.<br><br>WILLIAM GATES JR. ,<br><br>     Defendant(s). | CASE NO. C24-1912-KKE<br><br>ORDER |

  On April 10, 2025, the Court ordered Plaintiff to show cause as to why this case should not be dismissed for failure to serve. Dkt. No. 9. The Court provided Plaintiff until April 23, 2025, to show cause or serve Defendant. *Id.* at 2. Plaintiff has not responded to the Court's order, nor filed proof of service.

  "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against the defendant or order that service be made within a specified time." Fed. R. Civ. Proc. 4(m). Accordingly, the Court DISMISSES this case without prejudice for failure to prosecute. *Id.* The Court directs the clerk to administratively close this case.

ORDER - 1

Dated this 30th day of April, 2025.

Kymberly K. Evanson
United States District Judge

ORDER - 2